| | |
|---|---|
| 1 | Ross E. Bautista (Bar No. 312319) |
|   | RBautista@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 11452 El Camino Real, Ste 300 |
| 3 | San Diego, California 92130-2080 |
|   | Telephone: 858.720.5700 |
| 4 | Facsimile:  858.720.5799 |

Attorney for Defendant
AMAZON.COM SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HUFF, decedent's father, and as representative of the estate of J. H.; and on behalf of minor child, M. H., | Case No. 4:21-cv-2173-HSG |
| Plaintiff, | **ORDER GRANTING THE STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| v. | |
| THOUSANDSHORES, INC.; SHENZHEN THOUSANDSHORES TECHNOLOGY CO., LTD.; AMAZON.COM SERVICES, LLC, and DOES 1-50, inclusive, | |
| Defendant. | |

Plaintiff Anthony Huff ("Plaintiff") and defendants Amazon.com Services, LLC ("Amazon") and Thousandshores, Inc. ("Thousandshores") (collectively, the "Parties"), by and through their respective counsel, submitted a Stipulated Request to Continue Case Management Conference and Related Dates. Amazon further submitted a Declaration in support of the Stipulated Request, noting the specific reason for the request, previous modifications submitted, and describing the effect the request would have on the schedule for the case in compliance with Local Rule 6-2.

Having reviewed the Stipulated Request, and good cause appearing therefore, the Court hereby GRANTS the Stipulated Request and orders as follows:

1. The case management conference is continued to August 10, 2021 at 2 p.m.;

2. The deadline for the Parties to file a Rule 26(f) report, exchange initial disclosures, and submit a case management statement is continued to August 3, 2021; and

3. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan; file the ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to July 20, 2021.

**IT IS SO ORDERED.**

Dated:  June 14, 2021

Hon. Haywood S. Gilliam, Jr.