John K. Buche (SBN 239477)
jbuche@buchelaw.com
Byron E. Ma (SBN 299706)
bma@buchelaw.com
BUCHE & ASSOCIATES, P.C.
875 Prospect St., Suite 305
La Jolla, California 92037
Tel: (858) 459-9111
Fax: (858) 430-2426

Attorney for Plaintiffs
*Anthony Huff, Estate of J.H., and Minor Child, M.H.*

Shawn A. Toliver (SBN 148349)
Shawn.toliver@lewisbrisbois.com
Robert J. Scott (SBN 151775)
Robert.scott@lewisbrisbois.com
David S. Kahn (SBN 148639)
David.kahn@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Tel.: (925) 357-3456
Fax: (925) 478-3260

Attorney for Defendant
AMAZON.COM SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY HUFF, decedent's father, and as representative of the estate of J. H.; and on behalf of minor child, M. H.,<br><br>Plaintiff,<br><br>v.<br><br>THOUSANDSHORES, INC.; SHENZHEN THOUSANDSHORES TECHNOLOGY CO., LTD.; AMAZON.COM SERVICES, LLC, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 4:21-cv-2173-HSG<br><br>**ORDER GRANTING THE STIPULATED REQUEST TO EXTEND DEADLINE TO FILE A DISMISSAL**<br><br>Complaint Filed April 14, 2021 |

Having reviewed the Parties' Stipulated Request to Extend the Deadline to File a Dismissal, and good cause appearing therefore, the Court hereby GRANTS the Stipulated Request and orders that the parties file a stipulated dismissal by January 28, 2022.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
Hon. Haywood S. Gilliam, Jr.

**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO FILE A DISMISSAL**